UNITED STATES of America,
Appellee,

v.

Marissa GRANT, Appellant.

No. 01–3153.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 1, 2002.

Decided Feb. 11, 2002.

Before MCMILLIAM, BOWMAN, and BYE, Circuit Judges.

PER CURIAM.

Marissa Grant pleaded guilty to assault with a dangerous weapon with intent to do

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

bodily harm, in violation of 18 U.S.C. §§ 1153 and 133(a)(3), and the district court[1] sentenced her to 33 months imprisonment and 2 years supervised release. She appeals her sentence, arguing that the district court abused its discretion and violated her due process rights by denying her downward-departure motion without holding an evidentiary hearing.

Because the district court acknowledged its authority to depart on the grounds Grant asserted, its discretionary denial of her departure motion is unreviewable. *See United States v. Turechek,* 138 F.3d 1226, 1228 (8th Cir.1998); *United States v. Gibson,* 2000 WL 268482 at *1 (8th Cir. Mar. 10, 2000) (unpublished per curiam), *cert. denied,* 531 U.S. 939, 121 S.Ct. 332, 148 L.Ed.2d 267 (2000).

Accordingly, we affirm.

A true copy.

Accordingly, we affirm.

A true copy.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.